IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. RDB-21-0054 |
| | : |
| MEDARD ULYSSE, et al | : |
| | : |
| Defendants. | : |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Christine Goo, Assistant United States Attorney for said District, for the following reason, moves this Honorable Court to order and direct the document dated September, 02, 2022, be **SEALED**.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Christine Goo
Assistant United States Attorney
36 South Charles Street, Suite 400
Baltimore, Maryland 21201