IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| MEDARD ULYSSE and EGHOSASERE AVBORAYE-IGBINEDION, | *  CRIMINAL NO. RDB-21-00054 |
| Defendants. | * |

******

## MOTION TO STRIKE ATTORNEY APPEARANCE

Please strike the appearance of Zachary H. Ray, Assistant United States Attorney for the District of Maryland on behalf of the United States as counsel in the above-referenced matter.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _/s/ Zachary Ray_____
Zachary H. Ray
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800