IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO.  RDB-21-00054-1 |
| **MEDARD ULYSSE,** *et al*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Defendant Medard Ulysse was initially charged in a one-count Indictment dated March 4, 2021, alleging conspiracy to commit mail fraud under 18 U.S.C. § 1349.  (Indictment, ECF No. 1.)   On March 31, 2022, Defendant Ulysse was charged in a Superseding Indictment that added six additional counts of mail fraud.  (ECF No. 75). The undersigned was scheduled to conduct a re-arraignment on Tuesday, September 20, 2022, in anticipation of Defendant Ulysse's guilty plea.  Instead of a re-arraignment, this Court held a "miscellaneous hearing" in which Defendant Ulysse requested to terminate his court-appointed counsel[1] and now seeks to retain private counsel.  (ECF No. 123.)

To accommodate this request, Defendant Ulysse must participate in an Attorney Inquiry Hearing.  Accordingly, IT IS this 20th day of September, 2020, hereby ORDERED that Defendant APPEAR in person before United States Magistrate Judge A. David Copperthite on **Friday, September 23, 2022, at 2:30pm in the United States District**

---

[1] Richard Bardos was appointed to represent Defendant Medard Ulysse under the Criminal Justice Act, 18 U.S.C. § 3006A. (ECF Nos. 17, 26.)

**Court for the District of Maryland located at 101 W Lombard Street in Baltimore, Maryland, 21201, in Courtroom 7B** for an Attorney Inquiry Hearing in the above-captioned case.

                                                               _____/s/_____
                                                               Richard D. Bennett
                                                               United States District Judge