**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **Cr. No. RDB-21-054** |
| **MEDARD ULYSSE** | * | |
| **Defendant** | * | |
| **For: MEDARD ULYSSE** | * | |

## <u>ORDER</u>

Upon requirement of this Court, it is hereby, this _____ of _____, 2022,

hereby ORDERED that

1. Defendant's release is hereby REVOKED and

2. The defendant shall report to the United States Marshals Office in Baltimore,

Maryland no later than 2:00 p.m. on November 15, 2022 and .

3. All other conditions of release remain the same until that date.

_____
Richard D. Bennett, Judge